UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14239-CIV-CANNON

**JOHN TEXTOR,**

    Plaintiff,

v.

**ICONIC SPORTS EAGLE
INVESTMENT LLC,
JAMES G. DINAN,**
and **ALEXANDER KNASTER,**

    Defendants.
_____/

## ORDER DISMISSING SHOTGUN COMPLAINT AND PERMITTING REPLEADING

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On July 4, 2025, Plaintiff filed a three-count Complaint against Defendants alleging violations of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), Florida Securities Law, Fla. Stat. § 517.021(25)(t), and common law fraudulent misrepresentation stemming from a failed effort to take Plaintiff's company public [ECF No. 1]. All three counts in the Complaint, however, incorporate all preceding allegations, thus rendering the Complaint an impermissible "shotgun pleading" [ECF No. 1 pp. 12–16]. *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type [of shotgun pleading]—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint."). The Court has an independent obligation to dismiss such pleadings and require repleader.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

CASE NO. 25-14239-CIV-CANNON

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended complaint that is consistent with this Order and *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015), on or before **July 23, 2025**. The amended complaint must not contain any successive counts that incorporate all prior allegations. In other words, the counts may incorporate factual allegations [ECF No. 1 pp. 1–11] but must not broadly incorporate the allegations of previous counts [ECF No. 1 pp. 12–16].

3. Failure to comply with this Order may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of July 2025.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record