UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:25-cv-14239-AMC

JOHN TEXTOR,

    Plaintiff,

v.

ICONIC SPORTS EAGLE INVESTMENT LLC,
JAMES G. DINAN and ALEXANDER
KNASTER,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Julie Edelstein of the law firm of Wiggin and Dana, LLP, 600 Massachusetts Ave NW Suite 375, Washington, DC 20001, (202) 800-2470, for purposes of appearance as co-counsel on behalf of Plaintiff, John Textor in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Julie Edelstein to receive electronic filings in this case, and in support thereof states as follows:

    1.    Julie Edelstein is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar and the United States District Court for the District of Columbia.

2. Movant, Tamara Van Heel, Esquire, of the law firm of Wiggin and Dana, LLP, 251 Royal Palm Way, Suite 601, Palm Beach, FL, (561) 701-8706, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Julie Edelstein has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Julie Edelstein, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Julie Edelstein at email address: jedelstein@wiggin.com.

WHEREFORE, Tamara Van Heel, moves this Court to enter an Order allowing Julie Edelstein, to appear before this Court on behalf of Plaintiff, John Textor, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Julie Edelstein.

Date: July 18, 2025 Respectfully submitted,

/s/ *Tamara Van Heel*

Tamara Van Heel
Florida Bar No.: 107104
Tvanheel@wiggin.com
Wiggin and Dana, LLP
251 Royal Palm Way, Suite 601
Palm Beach, FL 33480
(561) 701-8706

*Attorney for Plaintiff John Textor*