UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

2:25-cv-14239-AMC

JOHN TEXTOR,

    Plaintiff,

v.

ICONIC SPORTS EAGLE INVESTMENT LLC,
JAMES G. DINAN and ALEXANDER
KNASTER,

    Defendants.

_____/

## CERTIFICATION OF JULIE EDELSTEIN

Julie Edelstein, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and the United States District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                      */s/ Julie Edelstein*
                                                    Julie Edelstein
                                                    *DC Bar Number: 976558*
                                                    jedelstein@wiggin.com
                                                    Wiggin and Dana LLP
                                                    600 Massachusetts Ave NW Suite 375
                                                    Washington, DC 20001
                                                    (202) 800-2470