UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:25-cv-14239

JOHN TEXTOR,

    Plaintiff,

vs.

ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN, and ALEXANDER KNASTER,

    Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jordan D. Peterson of the law firm of Kirkland & Ellis LLP, for purposes of appearance as co-counsel on behalf of Defendants Iconic Sports Eagle Investment LLC, James G. Dinan, and Alexander Knaster ("Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jordan D. Peterson to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jordan D. Peterson is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of Illinois, the Bar of the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the

Third Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Eleventh Circuit.

2. Movant, Patrick Malone, of the law firm of Kirkland & Ellis LLP, Three Brickell City Centre, 98 S.E. 7th St., Suite 700 Miami, FL 33131, (305) 432-5600, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jordan D. Peterson has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Jordan D. Peterson, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jordan D. Peterson at email address: jordan.peterson@kirkland.com.

WHEREFORE, Patrick Malone, moves this Court to enter an Order Jordan D. Peterson, to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jordan D. Peterson.

Dated: July 24, 2025. Respectfully submitted,

/s/ Patrick Malone

Patrick Malone
patrick.malone@kirkland.com
Fla Bar No. 1051725
Kirkland & Ellis LLP
Three Brickell City Centre,
98 S.E. 7th St., Suite 700
Miami, FL 33131
Office: (305) 432-5600
Direct: (305) 432-5703
Fax: (305) 432-5601

*Counsel for Defendants Iconic Sports Eagle Investment LLC, James G. Dinan, and Alexander Knaster*