UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:25-cv-14239

JOHN TEXTOR,

    Plaintiff,

vs.

ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN, and ALEXANDER KNASTER,

    Defendants.

## CERTIFICATION OF JORDAN D. PETERSON

Jordan D. Peterson, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the State of Illinois, the Bar of the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Eleventh Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

| | |
|---|---|
| Dated: July 24, 2025 | /s/ Jordan D. Peterson |
| | Jordan D. Peterson |
| | jordan.peterson@kirkland.com |
| | Ill. Bar No. 6309902 |
| | NY Bar No. 5254354 |
| | Kirkland & Ellis LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | Office: (212) 446-4800 |
| | Direct: (212) 909-3303 |
| | Fax: (212) 446-4900 |
| | |
| | *Counsel for Defendants Iconic Sports Eagle Investment LLC, James G. Dinan, and Alexander Knaster* |