**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2:25-cv-14239**

| |
|---|
| JOHN TEXTOR, |
|     Plaintiff, |
| vs. |
| ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN, and ALEXANDER KNASTER, |
|     Defendants. |

**DECLARATION OF MARIANNA C. CHAPLEAU IN SUPPORT OF**
**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION**
**FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, MARIANNA C. CHAPLEAU, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, located at Three Brickell City Centre, 98 S.E. 7th St., Suite 700 Miami, FL 33131.

2. I am counsel of record for Defendants Iconic Sports Eagle Investment LLC, James G. Dinan and Alexander Knaster (collectively, "Defendants").

3. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

4. This declaration is based on my personal knowledge and is made to the best of my knowledge, information, and belief.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Put Option Agreement between John Textor and Iconic Sports Eagle Investment, LLC, dated November 16, 2022.

6. Attached hereto as **Exhibit B** is a true and correct copy of the Subscription and Shareholders' Agreement relating to Eagle Football Holdings Limited, dated November 16, 2022.

7. Attached hereto as **Exhibit C** is a true and correct copy of the Share Charge between John Textor and Iconic Sports Eagle Investment LLC, dated December 9, 2022.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Particulars of Claim in the matter of *Iconic Sports Eagle Investment, LLC and John Textor*, in the High Court of Justice Business and Property Courts of England and Wales Commercial Court, dated November 16, 2022.

9. Attached hereto as **Exhibit E** is a true and correct copy of a Financial Times article titled "Russian oligarch-backed LetterOne sues PE firm that manages its billions," dated July 7, 2022, and accessible at https://www.ft.com/content/6545e2a0-2b4d-4067-9ce8-8bbcdfee41b0.

10. Attached hereto as **Exhibit F** is a true and correct copy of a Bloomberg.com article titled "Sanctioned Russians' Firm LetterOne Invested Big Money Across Hedge Funds," dated March 17, 2022, and accessible at https://www.bloomberg.com/news/articles/2022-03-17/sanctioned-russians-firm-splashed-big-money-across-hedge-funds.

11. Attached hereto as **Exhibit G** is a true and correct copy of a letter from RPC Legal to Kirkland & Ellis International LLP, dated July 17, 2025.

12. Attached hereto as **Exhibit H** is a true and correct copy of a letter from RPC Legal to Kirkland & Ellis International LLP, dated July 23, 2025.

13. Attached hereto as **Exhibit I** is a true and correct copy of a Eagle Football Press Release titled "UCEA Capital Partners to Lead Eagle Football's $100 Million Pre-IPO Financing Round," dated November 21, 2024, and accessible at https://www.eaglefootball.com/pre-ipo-financing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2025          */s/ Marianna C. Chapleau*
                              Marianna C. Chapleau