# EXHIBIT I

LEADERSHIP    CLUBS    SPOTLIGHT    MATCHES    PLAYERS    TIMELINE    BELIEFS    MEDIA

November 21, 2024

## UCEA Capital Partners to Lead Eagle Football's $100 Million Pre-IPO Financing Round

Eagle Football Holdings, a sports, entertainment and technology company, today announced $40 million of initial equity investment toward a $100M pre-IPO financing round, led by **UCEA Capital Partners**. This financing round will support the Company's strategic initiatives, strengthen its balance sheet, and help to drive growth in preparation for Eagle Football's planned initial public offering (IPO) in early 2025.

"Eagle Football has reached an exciting inflection point, and this funding brings us one step closer to our IPO ambitions," said John Textor, CEO of Eagle Football. "We are thrilled to have the backing of such a respected investor as we execute scalable entertainment and technology strategies to complement our network of global football clubs."

Eagle Football has demonstrated notable success on and off the pitch, with Olympique Lyonnais and Botafogo qualifying for lucrative continental competitions in the Europe and in South America. Under Eagle Football leadership, beginning in the Spring of 2023, Olympique Lyonnais managed to fight off relegation in 2023/24, and rise to Europa League within the same year. In Rio de Janeiro, Eagle's Botafogo now sits atop the Brazilian Serie A, with only four games remaining, and will compete in the Final of Copa Libertadores for the first time in the club's history on November 30th, a remarkable achievement for a club that competed in Serie B just three years ago. During the last international window, Eagle Football was proud to see call-ups of 26 players from its controlled clubs to their respective national teams, strong validation of Eagle's player recruitment and development strategies.

"Often confused as just a football organization, we value Eagle Football as a diverse entertainment and technology company that uniquely pursues audience engagement as its principal business strategy," said Joao Teixeira, Chairman of UCEA Capital Partners. "This is a truly innovative and disruptive approach, in the business of football, and we are excited to support the Company's next phase of growth."

Eagle Football employs a unique model of global pooling of resources, for the financial and competitive benefit of all Eagle clubs. UCEA Capital Partners now joins an impressive roster of private and institutional owners of Eagle Football, allowing Eagle to take another step on its journey toward becoming the first multi-club football, entertainment, and technology business to be traded on a global stock exchange. Details about the company's IPO timeline and plans will be announced in due course.

For media inquiries, please contact media@eaglefootball.com.

### About Eagle Football
Eagle Football is a sports, entertainment and technology company, focused on global audience engagement as a principal business strategy. We own and manage a portfolio of iconic football clubs and related assets around the world, such as Olympique Lyonnais in France, Crystal Palace in the United Kingdom, Botafogo in Brazil, and the Royal Daring Club of Brussels in Belgium. Our clubs play in first division championships in major metropolitan markets with an average club history of over 100 years. We operate on the belief that the Audience of a Club is always more valuable than the Club, and our scalable entertainment and technology strategies are designed to maximize our total addressable market opportunity, far beyond the reach of typical football clubs.



LEADERSHIP

CLUBS

SPOTLIGHT

MATCHES

PLAYERS

TIMELINE

BELIEFS

MEDIA

© 2025 Eagle Football Holdings Ltd.