UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-14239-CIV-CANNON

JOHN TEXTOR,

    Plaintiff,

v.

ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN and ALEXANDER KNASTER,

    Defendants.

_____/

**NOTICE OF INTENT TO FILE REPLY BRIEF**

On July 22, 2025, Plaintiff filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 27). That same day, this Court entered an Order requiring Defendants to respond by July 24, 2025 (ECF No. 28). The Court's Order did not specify a deadline for Plaintiff to file a reply brief. *See id*. Considering the emergency nature of Plaintiff's Motion, Plaintiff hereby notices the Court that it intends to file a reply brief on July 25, 2025.

Dated: July 25, 2025

                                                Respectfully Submitted,

                                                /s/ *Tamara Van Heel*
                                                Tamara Van Heel
                                                Florida Bar No. 107104
                                                TVanHeel@wiggin.com
                                                Wiggin and Dana, LLP
                                                251 Royal Palm Way, Ste. 601
                                                Palm Beach, FL 33480
                                                Telephone: (561) 701-8706

                                                Paul Tuchmann (admitted PHV)
                                                PTuchmann@wiggin.com
                                                Daniel Passeser (admitted PHV)
                                                DPasseser@wiggin.com

1

Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, CT 06510

Nathan Denning (admitted PHV)
NDenning@wiggin.com
Wiggin and Dana, LLP
437 Madison Avenue
35th Floor
New York, NY 10022

Julie Edelstein (admitted PHV)
JEdelstein@wiggin.com
Wiggin and Dana, LLP
600 Massachusetts Ave., NW
Suite 375
Washington, DC 20001

Attorneys for Plaintiff John Textor