UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:25-cv-14239

JOHN TEXTOR,

     Plaintiff,

vs.

ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN, and ALEXANDER KNASTER,

     Defendants.

**DEFENDANTS' OBJECTION TO PLAINTIFF'S
NOTICE OF INTENT TO FILE REPLY BRIEF**

Defendants object to Plaintiff's late-breaking Notice of Intent to File Reply Brief [ECF No. 34]. Permitting Plaintiff to submit yet more briefing, briefing not called for in the Court's scheduling order [ECF No. 28], would delay the Court's decision on the relief that Plaintiff insists is an emergency and would prejudice Defendants. Plaintiff represented in his Emergency Motion for a Temporary Restraining Order and Preliminary Injunction that "Pursuant to Southern District of Florida Local Rule 7.1(d), this is an emergency motion, a ruling on which is needed as soon as possible." [ECF No. 27 at 3]. The Court promptly issued a scheduling order requiring Defendants to submit a response to Plaintiff's Emergency Motion in just two days and did not designate a reply for Plaintiff. [EFF. No. 28]. Plaintiff has been well aware of Defendants' arguments, even before filing his Emergency Motion in this Court, as the result of the many discussions between the parties relating to this matter and the parallel proceedings in England. Despite these discussions, Plaintiff never before mentioned his desire to file a reply brief and only suggested he would do so "if it would be helpful to the Court" in the parties' Joint Status Report. [EFF. No. 31 at 2]. Defendants

of course defer to the Court's judgment, but respectfully submit that the request for further briefing is inconsistent with the nature of the relief sought and should be denied.

Dated: July 25, 2025                                                         Respectfully submitted,

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau (Fla Bar No. 1059142)
Patrick Malone (Fla Bar No. 1051725)
Kirkland & Ellis LLP
Three Brickell City Centre,
98 S.E. 7th St., Suite 700
Miami, FL 33131
Tel: (305) 432-5600
Fax: (305) 432-5601
mchapleau@kirkland.com
patrick.malone@kirkland.com

Stefan Atkinson (*pro hac vice pending*)
Jordan D. Peterson (*pro hac vice pending*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 909-3247
Fax: (212) 446-4900
stefan.atkinson@kirkland.com
jordan.peterson@kirkland.com

*Counsel for Defendants Iconic Sports Eagle Investment LLC, James G. Dinan and Alexander Knaster*