| | |
|---|---|
| **From:** | Edelstein, Julie |
| **To:** | Malone, Patrick; Van Heel, Tamara; Ritter, Andrew; Denning, Nathan E.; Tuchmann, Paul; Passeser, Daniel |
| **Cc:** | Atkinson, Stefan; Peterson, Jordan D.; Chapleau, Marianna C. |
| **Subject:** | RE: [EXTERNAL] Textor v. ISEI et al, Case No. 2:25-cv-14239-AMC |
| **Date:** | Sunday, July 27, 2025 4:50:48 PM |
| **Attachments:** | image001.png |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Pat,

We do not believe that your position on a reply brief is correct, and we ask that you include a copy of this exchange with your motion.

We specifically noted the issue of the forum selection clause in our memo of law in support of the motion for a TRO, and then you used your opportunity to address that issue in your opposition to the TRO. It was your arguments addressing that issue that we specifically responded to when we cited the additional cases beyond *Seafarers* – all about the same issue, the forum selection clause, that we raised in our opening memo of law. More specifically, Plaintiff has been consistently clear that, in accordance with *Morrison* and *Quail*, the Fraudulently Obtained Contracts were made in the United States and subject to the requirements of the Exchange Act and its anti-waiver provision (i.e., that the Fraudulently Obtained Contracts were not sufficiently international in nature to avoid the application of the Exchange Act). Defendants' request to file a sur-reply is an improper attempt to take a second bite at the same apple, have the last word, and further delay consideration of Plaintiff's request for emergency relief.

Further, we are aware of no rule that required us to include any mention of the forum selection clause issue in our complaint or amended complaint – and in any event, that is irrelevant in light of the fact that the issue of the forum selection clause was specifically raised in our opening brief, and which you addressed in your opposition, which you filed after both the amended complaint and the TRO motion were filed.

Nevertheless, if you are willing to show us your brief before you file and are able to convince us by reference to arguments in it that you are in fact responding to truly new arguments that we made in our reply, we will reconsider our position.

Best,
Julie

**Julie Edelstein**
Direct: 202.800.2481 | jedelstein@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Malone, Patrick <patrick.malone@kirkland.com>

**Sent:** Sunday, July 27, 2025 2:42 PM
**To:** Edelstein, Julie <jedelstein@wiggin.us>; Van Heel, Tamara <tvanheel@wiggin.com>; Ritter, Andrew <ARitter@wiggin.com>; Denning, Nathan E. <NDenning@wiggin.com>; Tuchmann, Paul <PTuchmann@wiggin.com>; Passeser, Daniel <dpasseser@wiggin.com>
**Cc:** Atkinson, Stefan <stefan.atkinson@kirkland.com>; Peterson, Jordan D. <jordan.peterson@kirkland.com>; Chapleau, Marianna C. <mchapleau@kirkland.com>
**Subject:** RE: [EXTERNAL] Textor v. ISEI et al, Case No. 2:25-cv-14239-AMC

**WARNING!** External email. Do not click/open unexpected links/attachments.

Julie,

As you know, your TRO Motion relied exclusively on *Seafarers v. Bradway*, 23 F.4th 714, 717 (7th Cir. 2022) for your argument that Plaintiff cannot bring his securities claim in England. You now argue in your Reply that *Seafarers* does not control and that a different case that predates *Seafarers* does. This in an obvious change in position that Defendants are entitled to address. In addition, given that the Amended Complaint entirely ignored the forum-selection clauses in the relevant agreements and the TRO Motion only referenced them in relation to *Seafarers*, you had not raised the argument that the forum-selection clauses only apply to the English proceedings and not to this case in Florida because it alleges fraud. We think these two points alone justify a reply.

Best,
Pat

**Patrick Malone**
--------------------------------------------------
**KIRKLAND & ELLIS LLP**
Three Brickell City Centre 98 S.E. 7th Street, Suite 700 Miami, FL 33131
**T** +1 305 432 5703   **M** +1 954 551 7544
**F** +1 305 548 0099
--------------------------------------------------
patrick.malone@kirkland.com

**From:** Edelstein, Julie <jedelstein@wiggin.us>
**Sent:** Sunday, July 27, 2025 12:41 PM
**To:** Malone, Patrick <patrick.malone@kirkland.com>; Van Heel, Tamara <tvanheel@wiggin.com>; Ritter, Andrew <ARitter@wiggin.com>; Denning, Nathan E. <NDenning@wiggin.com>; Tuchmann, Paul <PTuchmann@wiggin.com>; Passeser, Daniel <dpasseser@wiggin.com>
**Cc:** Atkinson, Stefan <stefan.atkinson@kirkland.com>; Peterson, Jordan D. <jordan.peterson@kirkland.com>; Chapleau, Marianna C. <mchapleau@kirkland.com>
**Subject:** Re: [EXTERNAL] Textor v. ISEI et al, Case No. 2:25-cv-14239-AMC

Pat,

Thanks for reaching out. So that we can consider your request, can you please let us know what issues you believe were raised for the first time in our reply brief that you

could not have fairy responded to in your opposition brief?

Thanks,
Julie

Get Outlook for iOS

**From:** Malone, Patrick <patrick.malone@kirkland.com>
**Sent:** Sunday, July 27, 2025 12:17 PM
**To:** Edelstein, Julie <jedelstein@wiggin.us>; Van Heel, Tamara <tvanheel@wiggin.com>; Ritter, Andrew <ARitter@wiggin.com>; Denning, Nathan E. <NDenning@wiggin.com>; Tuchmann, Paul <PTuchmann@wiggin.com>; Passeser, Daniel <dpasseser@wiggin.com>
**Cc:** Atkinson, Stefan <stefan.atkinson@kirkland.com>; Peterson, Jordan D. <jordan.peterson@kirkland.com>; Chapleau, Marianna C. <mchapleau@kirkland.com>
**Subject:** [EXTERNAL] Textor v. ISEI et al, Case No. 2:25-cv-14239-AMC

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

Today we intend to file a motion for leave to file to a surreply the above-captioned matter on the basis that your reply brief raised for the first time issues and legal arguments that Defendants could not have fairly responded to in their opposition brief.  We write to confer as required by SDFL Local Rule 7.1(a)(2).  Given the emergency nature of these proceedings, please let us know by 5 PM ET today whether you intend to oppose the relief sought or whether you will consent to it.  Please let us know if it would be helpful to discuss.

Regards,
Pat

**Patrick Malone**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
Three Brickell City Centre 98 S.E. 7th Street, Suite 700 Miami, FL 33131
**T** +1 305 432 5703  **M** +1 954 551 7544
**F** +1 305 548 0099
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
patrick.malone@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.