UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:25-cv-14239

JOHN TEXTOR,

    Plaintiff,

vs.

ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN, and ALEXANDER KNASTER,

    Defendants.

**DECLARATION OF MARIANNA C. CHAPLEAU IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

I, MARIANNA C. CHAPLEAU, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, located at Three Brickell City Centre, 98 S.E. 7th Street, Suite 700, Miami, Florida 33131.

2. I am counsel of record for Defendants Iconic Sports Eagle Investment LLC, James G. Dinan, and Alexander Knaster (collectively, "Defendants").

3. I submit this Declaration in support of Defendants' Motion to Dismiss The Amended Complaint Pursuant To Forum Non Conveniens And Fed. R. Civ. P. 12(b)(6).

4. This declaration is based on my personal knowledge and is made to the best of my knowledge, information, and belief.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Put Option Agreement between John Textor and Iconic Sports Eagle Investment, LLC, dated November 16, 2022.

6. Attached hereto as **Exhibit B** is a true and correct copy of the Share Charge Agreement between John Textor and Iconic Sports Eagle Investment LLC, dated December 9, 2022.

7. Attached hereto as **Exhibit C** is a true and correct copy of the Subscription and Shareholders' Agreement relating to Eagle Football Holdings Limited, dated November 16, 2022.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Particulars of Claim in the matter of *Iconic Sports Eagle Investment, LLC and John Textor* in the High Court of Justice Business and Property Courts of England and Wales Commercial Court.

9. Attached hereto as **Exhibit E** is a true and correct copy of the Application Notice for Interim Injunction filed by John Textor on July 29, 2025 in the matter of *Iconic Sports Eagle*

*Investment, LLC and John Textor* in the High Court of Justice Business and Property Courts of England and Wales Commercial Court.

10. Attached hereto as **Exhibit F** is a true and correct copy of a Bloomberg.com article titled "Sanctioned Russians' Firm LetterOne Invested Big Money Across Hedge Funds," dated March 17, 2022, and accessible at https://www.bloomberg.com/news/articles/2022-03-17/sanctioned-russians-firm-splashed-big-money-across-hedge-funds.

11. Attached hereto as **Exhibit G** is a true and correct copy of a Financial Times article titled "Russian Oligarch-Backed LetterOne Sues PE Firm That Manages Its Billions," dated July 7, 2022, and accessible at https://www.ft.com/content/6545e2a0-2b4d-4067-9ce8-8bbcdfee41b0.

12. Attached hereto as **Exhibit H** is a true and correct copy of a letter from Stefan Atkinson of Kirkland & Ellis LLP to Tamara Van Heel of Wiggin and Dana, LLP, dated August 6, 2025.

13. Attached hereto as **Exhibit I** is a true and correct copy of a letter from Paul Tuchmann of Wiggin and Dana, LLP to Stefan Atkinson of Kirkland & Ellis LLP, dated August 8, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2025        */s/ Marianna C. Chapleau*
                             Marianna C. Chapleau