# Application Notice

- You must complete Parts A **and** B, **and** Part C if applicable
- Send any relevant fee and the completed application notice to the court with any draft order, witness statement or other evidence
- It is for you (and not the court) to serve this application notice

| In the | High Court of Justice<br>Business and Property Courts of England and Wales<br>King's Bench Division<br>Commercial Court |
|---|---|
| **Claim No.** | |
| **Warrant no.**<br>(if applicable) | |
| **Claimant(s)**<br>(including ref.) | |
| **Defendant(s)**<br>(including ref.) | |
| **Date** | |

**You should provide this information for listing the application**

Time estimate        (hours)        (mins)

Is this agreed by all parties?   ☐ Yes   ☐ No

Please always refer to the Commercial Court Guide for details of how applications should be prepared and will be heard, or in a small number of exceptional cases can be dealt with on paper.

## Part A

1. Where there is more than one claimant or defendant, specify which claimant or defendant

~~(The claimant)~~(The defendant)[1]

2. State clearly what order you are seeking (if there is room) or otherwise refer to a draft order (which must be attached)

intend(s) to apply for an order (a draft of which is attached) that[2]

3. Briefly set out why you are seeking the order. Identify any rule or statutory provision

because[3]

---

The Court office at the Admiralty and Commercial Registry, Royal Courts of Justice, 7 Rolls Building, Fetter Lane, EC4A 1NL is open between 10 am and 4.30 pm Monday to Friday. When corresponding with the Court, please address forms or letters to the Listing Office and quote the claim number.

N244(CC) Application Notice (09.22)                                                                                              © Crown copyright 2022

**Part B**

*(The claimant)(The defendant)⁽¹⁾ wishes to rely on: *tick one*

the attached (witness statement)(affidavit) ☐   (the claimant)(the defendant)'s⁽¹⁾ statement of case ☐

evidence in Part C overleaf in support of this application ☐

**Signed** _/Jonathan Cay/_
Applicant's legal representative

**Position or office held**
(if signing on behalf of firm, company or corporation)

4. If you are not already a party to the proceedings, you must provide an address for service of documents

Address to which documents about this claim should be sent (including reference if appropriate)⁽⁴⁾

| | If applicable |
|---|---|
| Tel. no. | |
| Fax no. | |
| DX no. | |
| Postcode | |
| e-mail | |

**Part C**   Claim No.

**(Note: Part C should only be used where it is convenient to enter here the evidence in support of the application, rather than to use witness statements or affidavits)**

*(The claimant)(The defendant)⁽¹⁾ wishes to rely on the following evidence in support of this application:

## Statement of truth

I understand that proceedings for contempt of court may be brought against a person who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☐ **I believe** that the facts stated in this application notice and any attached sheets are true.

☐ **The applicant** believes that the facts stated in this application notice and any attached sheets are true. **I am authorised** by the applicant to sign this statement.

**Signature**

*[signature: Jonathan Cay]*

☐ Applicant
☐ Litigation friend (where claimant is a child or protected party)
☐ Applicant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|-----|-------|------|
|     |       |      |

**Full name**

Name of applicant's legal representative's firm

If signing on behalf of firm or company give position or office held

Find out how HM Courts and Tribunals Service uses personal information you give them when you fill in a form: https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter