# EXHIBIT H

# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 6, 2025

***Via Email***
Tamara Van Heel
Florida Bar No. 107104
Wiggin and Dana, LLP
251 Royal Palm Way, Ste. 601
Palm Beach, FL 33480
TVanHeel@wiggin.com

Subject: *Textor v. ISEI et al.*, Case No. 2:25-cv-14239-AMC (S.D. FL.)

Dear Counsel:

We trust by now that you have had time to review the Court's decision in the above-captioned matter denying Plaintiff's Emergency Motion on July 28 "on the threshold basis of the parties' undisputed forum selection clauses." (ECF No. 45 at 1–2.). The Court made clear that "forum-selection clauses in international agreements are presumptively valid" and that, "applying the *Bremen* test and its progeny, Plaintiff has not met his strong burden to show that enforcement of the forum-selection clauses would be unreasonable under the circumstances." *Id.* at 8, 13. In particular, the Court held that "Plaintiff has not shown, and never specifically pleads or argues, that the forum selection clauses themselves are the product of fraud"—a finding it considered "significant." *Id.* at 10. In fact, Plaintiff has conceded the validity of the forum-selection clause, by alleging that the choice-of-law clause that is part of the same provision controls its claims. *Id.* at 11 n.6. Furthermore, because Plaintiff has now formally sought the same injunctive relief that he sought in Florida in ISEI's first-filed proceedings in England, Plaintiff has acknowledged that only an English court has jurisdiction over this dispute.

Your lawsuit is not properly before a Florida court. Defendants request that Plaintiff voluntarily dismiss this action no later than **12:00 p.m. ET on Friday, August 8, 2025**. If Plaintiff fails to do so, Defendants will move to dismiss the Amended Complaint and reserve the right to seek relief for having to file an unnecessary motion to dismiss claims that Plaintiff knows do not belong here.

Sincerely,

/s/ *Stefan Atkinson*

Stefan Atkinson

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Frankfurt  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Philadelphia  Riyadh  Salt Lake City  Shanghai  Washington, D.C.

## KIRKLAND & ELLIS LLP

Tamara Van Heel
August 6, 2025
Page 2

Cc:     Julie Edelstein; Paul Tuchmann; Nathan Denning; Daniel Passeser; Andrew Ritter; Jordan Peterson; Marianna Chapleau; Patrick Malone