UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:25-cv-14239

JOHN TEXTOR,

    Plaintiff,

vs.

ICONIC SPORTS EAGLE INVESTMENT LLC, JAMES G. DINAN, and ALEXANDER KNASTER,

    Defendants.

**DECLARATION OF MARIANNA C. CHAPLEAU IN SUPPORT OF
DEFENDANTS' REPLY MOTION TO DISMISS**

I, MARIANNA C. CHAPLEAU, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, located at Three Brickell City Centre, 98 S.E. 7th Street, Suite 700, Miami, Florida 33131.

2. I am counsel of record for Defendants Iconic Sports Eagle Investment LLC, James G. Dinan, and Alexander Knaster (collectively, "Defendants").

3. I submit this Declaration in support of Defendants' Reply Motion to Dismiss The Amended Complaint Pursuant To Forum Non Conveniens And Fed. R. Civ. P. 12(b)(6).

4. This declaration is based on my personal knowledge and is made to the best of my knowledge, information, and belief.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Defence on Preliminary Issues in the matter of *Iconic Sports Eagle Investment, LLC and John Textor* in the High Court of Justice Business and Property Courts of England and Wales Commercial Court.

6. Attached hereto as **Exhibit B** is a true and correct copy of the Particulars of Claim in the matter of *Iconic Sports Eagle Investment, LLC and John Textor* in the High Court of Justice Business and Property Courts of England and Wales Commercial Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2025                     */s/ Marianna C. Chapleau*
                                                            Marianna C. Chapleau