UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14239-CIV-CANNON/Maynard

**JOHN TEXTOR,**

    Plaintiff,

v.

**ICONIC SPORTS EAGLE INVESTMENT LLC,
JAMES G. DINAN,**
and **ALEXANDER KNASTER,**

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT AND ENTERING FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion for Judgment, filed on November 13, 2025 (the "Motion") [ECF No. 50]. Plaintiff asks the Court to direct entry of final judgment in light of the Court's Order Dismissing Plaintiff's Amended Complaint Without Prejudice and Closing Case [ECF Nos. 49–50]. In that Order, the Court granted in part Defendants' Motion to Dismiss Plaintiff's Amended Complaint under the doctrine of *forum non conveniens* and dismissed this case without prejudice and without leave to replead [ECF No. 46].

Upon review, pursuant to the Court's Order Granting in part Defendants' Motion to Dismiss [ECF No. 49] and Federal Rule of Civil Procedure 58, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Final Judgment [ECF No. 50] is **GRANTED** in accordance with the Court's October 15, 2025 Order [ECF No. 49].

2. Plaintiff's Amended Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE** under Rule 12(b)(3) pursuant to the doctrine of *forum non conveniens*.

CASE NO. 25-14239-CIV-CANNON/Maynard

*See* Fed. R. Civ. P. 41(b).  No additional repleading in this action is warranted.

3. This case remains **CLOSED**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of November 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record